**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1120**

VINCENTE JARRETT,

Plaintiff - Appellant,

v.

HAMPTON ROADS SHIPPING ASSOCIATION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:16-cv-00601-RGD-RJK)

Submitted:  May 23, 2017                                       Decided:  May 25, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vincente Jarrett, Appellant Pro Se.  Dean Taylor Buckius, Jennifer Lynn Eaton, VANDEVENTER BLACK, LLP, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincente Jarrett appeals the district court's order granting Hampton Roads Shipping Association's motion to dismiss. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Jarrett's informal brief does not challenge the basis for the district court's disposition, Jarrett has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). Accordingly, we grant Jarrett leave to proceed informa pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*